**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

------------------------------------------------------------------------x

MELISSA SHARON CHAMES, on behalf of himself and all others similarly situated,

                                                    Civil Action No:
                                                  4:20-cv-00372

                              Plaintiff,

   -v.-

SAGE LAW OFFICES and

John Does 1-25

                              Defendants.

------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

      Please take notice that Plaintiff, Melissa Sharon Chames, and Defendant, Sage Law Offices have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 10th day of June, 2020

                                                               */s/Yaakov Saks*
                                                                Yaakov Saks, Esq.
                                                                **Stein Saks, PLLC**
                                                                285 Passaic Street
                                                                Hackensack, NJ 07601
                                                                Ph: 201-282-6500
                                                                ysaks@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 10, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      */s/ Yaakov Saks*
      Yaakov Saks Esq.